UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JORGE ENRIQUE GARZA, *et al.*, Plaintiffs, | § § § |
| v. | § Civil Action No. 1:17-cv-168 |
| NORMA LIMON, *et al.*, Defendants. | § § § § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before this Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 7) in the above-referenced civil action. No objections have been filed by Plaintiffs. After a *de novo* review of the record, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** and "Defendants' Partial Motion to Dismiss" (Docket No. 6) (hereafter "Defendants' Motion") is **GRANTED**. All claims against Defendants Norma A. Limon, Jeff Sessions, and the United States of America have been dismissed from this action, and the Clerk of the Court is hereby **ORDERED** to update the caption of the case accordingly. Plaintiff Jorge Enrique Garza's claim for a declaratory judgment under 8 U.S.C. § 1503(a) remains and survives Defendants' Motion.

Signed on this 22nd day of January, 2018.

Rolando Olvera
United States District Judge